**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7382**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DERRICK GRATE,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-93-161-A)

─────────────

Submitted: February 11, 1999        Decided: February 24, 1999

─────────────

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Derrick Grate, Appellant Pro Se. Peter Hugh White, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Grate seeks to appeal the district court's order declining to reconsider the order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). See Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Grate, No. CR-93-161-A (E.D. Va. Sept. 8, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on September 4, 1998, the district court's records show that it was entered on the docket sheet on September 8, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).